STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY v. SARAH ZAABADICK.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DAMON SIMPKINS.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE OWEN BOHR.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN B. SCOTT.

February 8, 1982.

Petition for certification denied.